IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al*.,<br><br>Plaintiffs,<br><br>vs.<br><br>DYNAMICX ENTERPRISES, INC. ,<br>an Illinois corporation,<br><br>NICOLAS DIAZ, an individual,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 18 C 5304<br><br>JUDGE MATTHEW F. KENNELLY |

**MOTION FOR ENTRY OF DEFAULT AND
JUDGMENT AND FOR AN ORDER DIRECTING
DEFENDANTS TO OBTAIN A WAGE AND WELFARE BOND**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendants, DYNAMICX ENTERPRISES, INC., an Illinois corporation, and NICOLAS DIAZ, an individual, in the total amount of $4,023.77, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,337.50.

Plaintiffs move for an order directing Defendants, Dynamicx Enterprises, Inc., and Nicolas Diaz, to obtain and furnish to the Plaintiffs a wage and welfare bond or irrevocable letter of credit in the amount of $25,000.00, which has been determined by the Plaintiffs to be consistent with the anticipated future obligations of the Defendant, with reputable surety thereon and the Plaintiffs named as obligees thereunder.

On August 7, 2018, the Summons and Complaint was served on Defendant, Nicolas Diaz (by tendering a copy of said documents to his son, Nicolas Diaz) at his residence (a copy of the

Summons and Affidavit of Service is attached hereto). Therefore, Defendant, Nicolas Diaz's answer was due on August 28, 2018. As Defendant, Nicolas Diaz, has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

On August 23, 2018, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Ely Silva) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant, Dynamicx Enterprises, Inc.'s answer was due on September 13, 2018. As Defendant, Dynamicx Enterprises, Inc., has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Fvcwj\Dynamicx Enterprises\motion for default judgment and bond.cms.df.wpd

## CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 27th day of September 2018:

        Mr. Tomas Rios, Registered Agent/Secretary
        Dynamicx Enterprises, Inc.
        4751 S. Central Avenue
        Chicago, IL   60638-1557

        Mr. Nicolas Diaz
        8221 Concord Lane, Unit L
        Justice, IL   60458-1984


        /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Fvcwj\Dynamicx Enterprises\motion for default judgment and bond.cms.df.wpd